FILED
MAR - 9 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 12-535M |
| MARCO ANTONIO VILLAGRANA DAVILA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _MARCO VILLAGRANA DAVILA_, IT IS ORDERED that a detention hearing is set for _TUESDAY_, _MARCH 13, 20_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _MARC L. GOLDMAN_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _3/9/12_

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)
Page 1 of 1