ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE (Cal. State Bar No. 167258)
Assistant United States Attorney
Chief, Criminal Division
CHRISTINA T. SHAY (Cal. State Bar No. 264528)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone: (213) 894-0757
     Facsimile: (213) 894-0141
     E-mail: christina.shay@usdoj.gov

Attorneys for Complainant
United States of America

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE EXTRADITION OF                ) NO.  12-0535M
                                    )
MARCO ANTONIO VILLAGRANA DÁVILA     )
    aka "Marco Villagrana           ) [~~PROPOSED~~] ORDER ~~GRANTING~~ GRANTING
        Davila,"                    )
    aka "Marco Antonio              ) GOVERNMENT'S REQUEST FOR DETENTION
        Villagrana,"                )
                                    )
A Fugitive from the                 )
Government of Mexico.               )
                                    )

   Upon consideration of the request of the United States for the detention of fugitive MARCO ANTONIO VILLAGRANA DÁVILA pending extradition proceedings, and good cause therefor appearing,

   IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

   1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth, 976 F.2d 1535, 1535-

36 (9th Cir. 1992); <u>Kamrin v. United States</u>, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special Circumstances rests upon the fugitive. <u>See, e.g., Salerno</u>, 878 F.2d at 317-18. Here, VILLAGRANA DÁVILA does not argue that "special circumstances" exist, and the Court finds that no such "special circumstances" exist.

    2. The government alternatively requests detention on the grounds that VILLAGRANA DÁVILA presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the Pretrial Services report. Based on the allegations in the extradition complaint concerning VILLAGRANA DÁVILA's offenses in Mexico, the Court finds that VILLAGRANA DÁVILA poses a potential risk to the safety of the community. Based on the allegations in the extradition complaint concerning VILLAGRANA DÁVILA's substantial ties to Mexico and Mexican citizenship, the Court also finds that VILLAGRANA DÁVILA is a risk of flight, particularly in light of VILLAGRANA DÁVILA's apparent lack of ties to this District and the likely immigration consequences to VILLAGRANA DÁVILA based on the offenses alleged.

    IT IS SO ORDERED.

3/13/12
Date

MARC L. GOLDMAN
United States Magistrate Judge